**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

ELIZABETH VALDEZ,

Plaintiff,

-against-

WG BOWERY LLC, et al.,

Defendants.

-------------------------------------------------------------x

26-CV-5524 (JHR) (OTW)

**SCHEDULING ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold a **Preliminary Settlement Conference Call on Thursday, November 12, 2026 at 4:00 p.m.** Please call Chambers at 212-805-0260 when all counsel are on the line.

**SO ORDERED.**

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: October 29, 2026
New York, New York